

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-13-00893-CV

**UVALDE COUNTY HOSPITAL AUTHORITY,**
Appellant

v.

Estela R. **GARCIA**, Individually, on behalf of all Wrongful Death Beneficiaries, and on behalf of The Estate of Juan Garcia, Deceased,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-29540-CV
Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its brief is **granted**. We **order** the **Uvalde County District Clerk**, Christina J. Ovalle, to prepare and file the supplemental clerk's record requested by appellant in a letter dated January 14, 2015. We order the supplemental record e-filed with this court by **January 23, 2014**. We further **order** appellant's brief due seven days after the supplemental record is filed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court